IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>**1) SANTOS MIRANDA-MARTINEZ**<br>2) JUAN ROMAN-RODRIGUEZ<br>3) NELL MARTINEZ-ORTIZ<br>Defendants | CRIMINAL 05-0445CCC |

# O R D E R

The Magistrate Judge held a hearing for defendant Santos Miranda-Martínez (1) to show cause why the term of supervised release being served by him should not be revoked for his failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of his supervised release (docket entry 192). Accordingly, the defendant is hereby GRANTED a final term of eleven (11) days after notice to inform whether he will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

**The final revocation hearing is set for September 22, 2011 at 4:15 PM.**

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against him,
2. to present evidence in his own behalf,
3. to the opportunity to question witnesses against him, and
4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on September 8, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge